Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Goyard St-Honore*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOYARD ST-HONORE, a French Corporation,<br><br>Plaintiff,<br><br>v.<br><br>S2, INC., a Delaware Corporation; SURGEON WORLDWIDE INC., a Delaware Corporation; DOMINIC CHAMBRONE aka DOMINIC CIAMBRONE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04903-RGK-MRW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE UPCOMING DEADLINES** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Goyard St-Honore's ("Plaintiff" or "Goyard") and defendants S2, Inc., Surgeon Worldwide Inc., and Dominic Chambrone's ("Defendants"), have come to an agreement to settle the instant action with regard to all claims alleged against Defendants. The Parties have begun discussing an initial draft of a confidential settlement agreement. The Parties anticipate that a settlement agreement will be finalized and a dismissal will be filed within 30 days. The Parties therefore request that the Court vacate all upcoming deadlines and hearings until

the Parties desire to reopen the action should it become necessary or until the dismissal is filed.

Dated: December 20, 2024    **BLAKELY LAW GROUP**

By:  /s/ Tara A. Currie
Brent H. Blakely
Tara A. Currie
*Attorneys for Plaintiff Goyard St-Honore*

Dated: December 20, 2024    **RUTAN & TUCKER, LLP**

By:  /s/ Meredith L. Williams
Michael D. Adams
Meredith L. Williams
*Attorneys for Defendants Surgeon Worldwide Inc.; and Dominic Chambrone aka Dominic Ciambrone*

## ATTESTATION RE ELECTRONIC SIGNATURES

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: December 20, 2024        By:  /s/ Tara A. Currie
Tara A. Currie